IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAMELA KLEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 18-1551-CFC |
| ) | |
| SPRINT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| HOWARD MUEHLGAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 18-1622-CFC |
| ) | |
| SPRINT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 14th day of December, 2018,

IT IS ORDERED that an in-court conference shall be held on **Thursday, January 31, 2019, at 4:00 p.m.** in courtroom 4B on the 4th Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.  The parties shall be prepared to discuss with the Court at the conference: (1) the section of Federal Rule of Civil Procedure (FRCP) 41 pursuant to which the parties filed their stipulation; (2) whether the case was dismissed automatically upon the filing of the stipulation, *see First Nat. Bank of Toms River, N.J. v. Marine City, Inc.*, 411 F.2d 674 (3d Cir. 1969); (3) legal authority that supports the assertion in paragraph 2 of the stipulation; and (4)

whether, if the Court were to sign the stipulation, the Court would first have to comply with FRCP 23(c).

                                                                       _____
                                                                         United States District Judge